**No. 10-365. Highland Crusader Offshore Partners LP, et al., Petitioners v. Lifecare Holdings, Inc., et al.**

562 U.S. 1005, 131 S. Ct. 531, 178 L. Ed. 2d 374, 2010 U.S. LEXIS 8571.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 377 Fed. Appx. 422.